At his first trial, Bobby Tarver was convicted of capital murder and was sentenced to death. The Court of Criminal Appeals reversed and remanded for a new trial. Tarver v. State,492 So.2d 328 (Ala.Cr.App. 1986). At the second trial, he was again convicted of capital murder. The jury recommended a sentence of life without parole, but the trial court, after a separate sentencing hearing, ordered a sentence of death. The Court of Criminal Appeals affirmed the conviction and sentence.553 So.2d 631. We affirm that court's judgement.
We adopt in toto the facts of the case as found at Tarver,supra.
This Court has considered the issues raised by the petitioner, and, after a thorough review of the record, the arguments, and the briefs of counsel, we find no error affecting his substantial rights. Therefore, the judgement of the Court of Criminal Appeals is due to be, and it is hereby, affirmed.
AFFIRMED.
HORNSBY, C.J., and JONES, SHORES, ADAMS, and HOUSTON, JJ., concur.
MADDOX, J., concurs specially. *Page 634